UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20046-CIV-LENARD/WHITE

**ISRAEL RODRIGUEZ VELAZQUEZ**,

    Plaintiff,

vs.

**BETH WEINMAN, et al.**,

    Defendants.

_____/

## ORDER ADOPTING PRELIMINARY REPORT OF MAGISTRATE JUDGE (D.E. 5) AND DISMISSING COMPLAINT (D.E. 1)

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge ("Report," D.E. 5), issued on January 28, 2010, recommending that Plaintiff's Complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(b)(ii), for failure to state a claim upon which relief can be granted. On March 1, 2010, Plaintiff filed his Objections to the Magistrate Judge's Report ("Objections," D.E. 8). After an independent review of the Report, the Objections, the Complaint, and the record, the Court finds as follows.

Plaintiff's Complaint ("Complaint," D.E. 1), filed on January 7, 2010, alleges a violation of his civil rights pursuant to 42 U.S.C. § 1983. Specifically, Plaintiff alleges that correctional officials cancelled the Residential Drug Abuse Program (RDAP) classes in violation of the Equal Protection Clause of the Fifth and Fourteenth Amendments and his First Amendment rights. As the Report notes, the Plaintiff has no constitutional right to vocational, rehabilitative or educational programs. *Franklin v. District of Columbia*, 960

F.Supp. 394 (D.D.C. 1997) (vacated in part on other grounds); *see Sandin v. Conner*, 515 U.S. 472 (1995). The Court finds that Plaintiff's Objections are without merit on this issue and furthermore, Plaintiff's First Amendment claims, including retaliation, are conclusory and not sufficiently pled. Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 5), issued on January 28, 2010, is **ADOPTED**;

2. Plaintiff's Complaint (D.E. 1), filed on January 7, 2010, is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(b)(ii), for failure to state a claim upon which relief can be granted;

3. This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 15th day of September, 2011.

                                                 **JOAN A. LENARD**
                                               **UNITED STATES DISTRICT JUDGE**